# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- | ) |
| | ) |
| Kellogg Brown & Root Services, Inc. | )  ASBCA Nos. 59357, 59358 |
| | ) |
| Under Contract No. DACA63-03-D-0005 | ) |

APPEARANCE FOR THE APPELLANT:     Kurt J. Hamrock, Esq.
        Covington & Burling LLP
        Washington, DC

APPEARANCE FOR THE GOVERNMENT:     Thomas H. Gourlay, Jr., Esq.
        Engineer Chief Trial Attorney

## ORDER OF DISMISSAL

These appeals have been settled. By email to the Board dated 26 August 2016, the parties have filed a joint motion to dismiss these appeals with prejudice. The joint motion is granted.

WHEREFORE, ASBCA Nos. 59357 and 59358 are hereby dismissed with prejudice.

Dated: 29 August 2016

JACK DELMAN
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 59357, 59358, Appeals of Kellogg Brown & Root Services, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals